# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00493-CR

**Lamar Lovett, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-DC-10-0904904, THE HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Lamar Lovett filed a notice of appeal and motion for leave to file a direct appeal. This Court in 2012 affirmed Lovett's convictions for one count of attempted capital murder, two counts of aggravated sexual assault, and one count of aggravated assault. *Lovett v. State*, No. 03-10-00865-CR, 2012 WL 3155729, at \*1 (Tex. App.—Austin Aug. 1, 2012, pet. ref'd) (mem. op., not designated for publication). The Court of Criminal Appeals later granted habeas corpus relief in part, concluding that Lovett's aggravated-assault conviction was "based on the same actions and same victim as his conviction for attempted capital murder." *Ex parte Lovett*, No. WR-76,670-06, 2016 WL 240738, at \*1 (Tex. Crim. App. Jan. 13, 2016) (not designated for publication). The Court vacated and set aside the judgment for that conviction only. *Id.*

No authority grants us jurisdiction over a second direct appeal from convictions after we have affirmed them. *See Medina v. State*, No. 14-18-01109-CR, 2019 WL 190900, at \*1

(Tex. App.—Houston [14th Dist.] Jan. 15, 2019, no pet.) (mem. op., not designated for publication). Thus, we lack jurisdiction to grant Lovett's motion seeking a second direct appeal.

We dismiss the appeal for want of jurisdiction.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Jurisdiction

Filed:   June 4, 2026

Do Not Publish